ACCEPTED
14-14-00665-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 2:27:57 PM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00665-CV**

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

No. 2013-12988
In the 234th District Court of
Harris County, Texas

**DOV K. AVNI**
*Appellant*,

**v.**

**HARRIS COUNTY APPRAISAL DISTRICT,**
*Appellee*

APPELLEE'S OPPOSITION TO APPELLANT'S MOTION FOR SECOND EXTENSION OF
TIME TO FILE APPELLANT'S BRIEF AND APPENDIX

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE HARRIS COUNTY APPRAISAL DISTRICT, Appellee, by and
through its undersigned counsel, and files this, its Opposition to Appellant's First Extension of
Time to File Appellant's Brief and Appendix (the "Motion to Extend Time") and in support of its
Opposition states as follows:

**Overview**

1.      Appellant's brief was due on or before March 26, 2015. Appellant's arguments for an
extension of time are without merit and the Second Motion to Extend Time should be denied.

**Appellant's Motion to Extend Time is Without Merit.**

1

2. Appellant's brief was due on or before March 26, 2015. Appellant's Second Motion to Extend Time was filed March 26, 2015. The Second Motion to Extend Time requests an extension of twenty-two days to file the brief, until April 17, 2015.

3. Rule 10.5(b)(1)(C) requires that a motion to extend time contain "the facts relied on to reasonably explain the need for an extension." *See also Rios v. Calhoon*, 889 S.W.2d 257, 259 (Tex.1994)("A party seeking an extension of time in the court of appeals is required to file a motion specifically stating the facts that reasonably explain the need for an extension.").

4. Appellant asserts that there are "exceptional circumstances," relating to the valuation of property for tax year 2014 – a matter wholly unrelated to the underlying lawsuit and the present appeal pending before this court. Appellant references numerous cases and state court lawsuits he has filed, none of which are related to the appeal in the underlying case. Further, Appellant claims to have obtained records and documents, not part of the underlying trial court record, which he intends on using in his brief and presenting as evidence to the Court of Appeals in the instant appeal.

5. "A reasonable explanation for the need for an extension of time is 'any plausible statement of circumstances indicating that failure to file within the [required] period was not deliberate or intentional, but was the result of inadvertence, mistake[,] or mischance.'" *Pidcock v. City of Wichita Falls*, No. 2-05-244-CV, 2006 WL 668709, at *1 (Tex. App. – Fort Worth, Mar. 16, 2006, pet. denied), *citing Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex.2003).

6. The Second Motion to Extend Time states no reasonable explanation for the need for a further extension of time. Appellant's citations to causes of action which are unrelated to the underlying state court case which is the subject of this instant appeal, and which have no bearing

on the ultimate disposition of this case, are not a reasonable explanation of why a second extension of time is warranted.

7.     Appellant has advanced no reasonable explanation why an extension of time should be granted in this case. Appellee would be prejudiced by a grant of an extension of time where such request is made with no foundation or relation to the instant proceeding. Appellant's Motion to Extend Time should be denied.

WHEREFORE, premises considered, Appellee requests that the honorable Court of Appeals deny Appellant's Motion to Extend Time to File Appellant's Brief and Appendix.

Respectfully submitted,

By:     /s/ L. Susan Herrera
        L. Susan Herrera
        State Bar No.09530160
        Matthew P. Crouch
        State Bar No. 24072481
        Department of Legal Services
        Harris County Appraisal District
        P. O Box 920975
        Houston, Texas  77292-0975
        Telephone:    (713) 957-7497
        Fax:    (713) 957-5219
        sherrera@hcad.org;
        mcrouch@hcad.org
        ATTORNEYS FOR DEFENDANT,
        HARRIS COUNTY APPRAISAL
        DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, a true and correct copy of the foregoing Motion to Dismiss was served via:

☐     telecopy
☒     certified mail, return receipt requested
☐     hand delivery

to Dov K. Avni, 150-B Forest Drive, Jericho, NY 11753.

/s/ L. Susan Herrera
L. Susan Herrera

# CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4(i)(3), I certify that the forgoing Appellee's Opposition is a computer-generated document containing 728 words, including textboxes, footnotes, endnotes, headings, and/or quotations. I certify that I am relying upon the word count provided by the computer program that I used in preparing this document.

/s/ L. Susan Herrera
L. Susan Herrera